**Order entered March 17, 2015**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-14-00641-CR

**SIR MELVIN WRIGHT, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1172119-T**

## ORDER

The State's motion to extend the time to file its response brief is **GRANTED** and the

brief received on February 26, 2015 is **ORDERED** filed.


/s/     ADA BROWN
JUSTICE